# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISANDRA GONZALEZ, individually and on behalf of all persons similarly situated, | CASE NO.: 2:17-CV-1319-TR |
| Plaintiff, | |
| v. | COLLECTIVE AND CLASS ACTION |
| VERITAS CONSULTANT GROUP, LLC, d/b/a MORAVIA HEALTH NETWORK, | |
| Defendant. | |

### PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

Pursuant to Federal Rule of Civil Procedure 23(h), Class Counsel for Plaintiff Lisandra Gonzalez, individually and on behalf of all others similarly situated, respectfully seeks reimbursement for attorneys' fees in the amount of Four Hundred Sixty-Six Thousand, Six Hundred Sixty-Six Dollars and Sixty-Seven Cents ($466,666.67) (which is one-third of the Gross Settlement Amount), and the payment of out-of-pocket costs incurred by Class Counsel, which currently are $1,868.12, as established by the Settlement Agreement between Named Plaintiff and Defendant Veritas Consultant Group, LLC, doing business as Moravia Health Network.

This Motion is based on the accompanying Memorandum of Law, the Declarations of Class Counsel, and all other records, pleadings and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion. Named Plaintiff will submit a proposed Order in connection with her Motion for Final Approval of the Settlement in March 2019.

Dated: February 4, 2019						Respectfully Submitted,

/s/ Sarah R. Schalman-Bergen
Shanon J. Carson
Sarah R. Schalman-Bergen
Camille Fundora Rodriguez
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net
crodriguez@bm.net

Richard M. Simins
Jackson E. Warren
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
1735 Market Street
Philadelphia, PA 19103
Telephone: (215) 772-1500
Facsimile: (215) 772-7407
rsimins@mmwr.com
jwarren@mmwr.com

*Attorneys for Plaintiff and Settlement Class Members*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon counsel for Defendant through the Court's ECF system this 4th day of February, 2019.

/s/ Sarah R. Schalman-Bergen
Sarah R. Schalman-Bergen
