IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LISANDRA GONZALEZ**, individually and on behalf of all persons similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**VERITAS CONSULTANT GROUP, LLC,** d/b/a **MORAVIA HEALTH NETWORK,**<br><br>**Defendant.** | : CASE NO.: 2:17-CV-1319<br>:<br>:<br>:<br>:<br>: **COLLECTIVE AND CLASS ACTION**<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF THE SETTLEMENT AGREEMENT**

Plaintiff Lisandra Gonzalez, through her undersigned counsel, respectfully moves this Court for an Order:

1. Granting final approval of the Parties' Settlement Agreement (Dkt. No. 32-2);

2. For settlement purposes, finally certifying the FLSA claims pursuant to 29 U.S.C. § 216(b) and the state law claims as a Fed. R. Civ. P. 23 class on behalf of the Settlement Class;

3. Finally approving Plaintiff Lisandra Gonzalez as the Representative of the Settlement Class and approving the $7,500.00 service award for her service to the Settlement Class and in exchange for her additional released claims in favor of Defendant;

4. Finally approving Berger Montague PC and Montgomery McCracken Walker & Rhoads LLP as Class Counsel for the Settlement Class;

5. Finally approving Class Counsel's attorneys' fees in the amount of $466,666.67 and costs in the amount of $1,868.12;

6. Finally approving the Angeion Group as Settlement Administrator and finally approving the costs of claims administration;

7. Finally approving the Nationalities Service Center as the *cy pres* recipient;

8. Excluding Vernon Washington-Johnson from the Settlement; and

9. Dismissing this class action with prejudice.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Sarah Schalman-Bergen in Support of the Plaintiff's Unopposed Motion for Final Approval of the Settlement Agreement, and all other records, pleadings and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

A proposed Order is submitted for the Court's consideration.

Dated: March 6, 2019

Respectfully submitted,

BERGER MONTAGUE PC

s/ Sarah R. Schalman-Bergen
Shanon J. Carson
Sarah R. Schalman-Bergen
Camille Fundora Rodriguez
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
scarson@bm.net
sschalman-bergen@bm.net
crodriguez@bm.net

Richard M. Simins
Jackson E. Warren
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
1735 Market Street
Philadelphia, PA 19103
Telephone: (215) 772-1500
Facsimile: (215) 772-7407
rsimins@mmwr.com
jwarren@mmwr.com

*Attorneys for Plaintiff and Settlement Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 6th day of March, 2019.

/s/ Sarah Schalman-Bergen
Sarah R. Schalman-Bergen