# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| LISANDRA GONZALEZ, individually and on behalf of all persons similarly situated, | CASE NO.: 2:17-CV-1319 |
| Plaintiff, | |
| v. | COLLECTIVE AND CLASS ACTION |
| VERITAS CONSULTANT GROUP, LLC, d/b/a MORAVIA HEALTH NETWORK, | |
| Defendant. | |

## [PROPOSED] ORDER GRANTING
## FINAL APPROVAL OF THE SETTLEMENT AGREEMENT

AND NOW, this **13** day of **March**, 2019, upon consideration of Plaintiff's Unopposed Motion for Final Approval of the Settlement, the Court grants the Motion and ORDERS as follows:

1. The Parties' Settlement Agreement is finally approved as fair, reasonable and adequate, and a fair and reasonable resolution of a *bona fide* dispute;

2. Plaintiff's FLSA claims are finally certified pursuant to 29 U.S.C. § 216(b) and the following Pennsylvania Settlement Class is finally certified pursuant to Fed. R. Civ. P. 23:

> Plaintiff and all persons who worked for Defendant as a Home Health Aide in Pennsylvania, and where the records indicated that the employee worked more than forty (40) hours in one or more workweeks between March 24, 2013 and September 13, 2018, unless removed from the Settlement Class by timely opting out of the Settlement;

3. Plaintiff Lisandra Gonzalez is finally approved as the Representative of the Settlement Class, and the proposed service award in the amount of $7,500.00 for her service to the Settlement Class and in exchange for her additional released claims in favor of Defendant is approved;

4.	Berger Montague PC and Montgomery McCracken Walker & Rhoads LLP are approved as Class Counsel for the Settlement Class;

5.	The Angeion Group is finally approved as Settlement Administrator and the costs of settlement administration are finally approved;

6.	The Nationalities Service Center is finally approved as the *cy pres* recipient;

7.	Class Counsel's attorneys' fees in the amount of $466,666.67 and costs in the amount of $1,868.12 are granted and finally approved;

8.	Vernon Washington-Johnson, who filed a valid and timely request for exclusion, is hereby excluded from the Settlement and is not bound by this Final Approval Order;

9.	The Court hereby enters final judgment in this case and dismisses it with prejudice in accordance with the terms of the Settlement Agreement. There being no reason to delay entry of this Final Judgment, the Clerk of the Court is ordered to enter this Final Judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure;

10.	Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, the named Plaintiff, the certified class, and Defendant for purposes of supervising the implementation and enforcement of the Settlement Agreement, this Order, and all settlement administration matters.

BY THE COURT,

_____
Honorable Timothy R. Rice
United States Magistrate Judge